**RECEIVED**

SEP 1 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS DEWAYNE DRAYTON<br>LA DOC #465149 | DOCKET NO. 14-CV-845; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN WINDHAM | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of September, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA